## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

OUTPATIENT DIAGNOSTIC CENTER,  )
  )
     Plaintiff/Appellee,  )
  )
  )  Davidson Circuit
VS.  )  No. 94C-2264
  )
  )  Appeal No.
RALPH CHRISTIAN,  )  01A01-9510-CV-00467
  )
     Defendant/Appellant.  )
  )

**FILED**

**April 30, 1997**

**Cecil W. Crowson
Appellate Court Clerk**

# SEPARATE CONCURRING OPINION

In view of the lack of competent evidence to support the summary judgment, I concur in the reversal and remand.

I would prefer not to include a recital of some but not all rules of law which might arise upon the pleadings and evidence which might or might not be presented to the Trial Court on remand.

Respectfully submitted,

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION